# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RONALD A. TOM,**

    **Plaintiff,**

v.

    Case No.: 2:17-cv-858
    JUDGE GEORGE C. SMITH
    Magistrate Judge Vascura

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on November 26, 2018. The Magistrate Judge recommended that Plaintiff's Statement of Errors be overruled and the decision of the Commissioner of Social Security be affirmed. (*See Report and Recommendation*, Doc. 16). This matter is now before the Court on Plaintiff's Objections to the Magistrate Judge's *Report and Recommendation*. (Doc. 16). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's primary objection is that the ALJ failed to properly account for all of the credited mental health limitations. And that the Magistrate Judge believed that the ALJ included and adopted all of Dr. Miller's opinions. However, Plaintiff argues that "the Magistrate Judge believed that there was no evidence of additional restrictions in place or attention and concentration that the ALJ failed to account for in the residual functional capacity." (Doc. 16 at 2).

However, these objections present, once again, the issued presented to and carefully considered by the Magistrate Judge in the *Report and Recommendation*. Plaintiff has not presented any new evidence or argument other than what was previously presented in his Statement of Errors. Plaintiff merely disagrees with the ALJ and Magistrate Judge's conclusions. Specifically with respect to Dr. Miller's opinion, the Court agrees that the ALJ's Residual Functional Capacity essentially adopted the functional limitations opined by Dr. Miller, to whom the ALJ accorded significant weight.

The Court has carefully considered Plaintiff's objections, but finds that the decision of the ALJ was supported by substantial evidence as acknowledged in detail in the Magistrate Judge's *Report and Recommendation*. Therefore, for the reasons stated in the well-reasoned *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit.

Based on the aforementioned and the detailed *Report and Recommendation*, the Court finds that Plaintiff's objections have been thoroughly considered and are hereby **OVERRULED**. Accordingly, the *Report and Recommendation*, Document 16, is **ADOPTED** and **AFFIRMED**. Plaintiff's Statement of Errors is hereby **OVERRULED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The Clerk shall remove Documents 16 and 17 from the Court's pending motions list, and enter final judgment in favor of Defendant, the Commissioner of Social Security.

**IT IS SO ORDERED.**

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**